[Civil No. 887.]

LOUISE KING, and W. A. KING, Appellants, v. C. L.
CUMMINGS, Appellee.

APPEAL from the District Court of the First Judicial
District in and for the County of Cochise. Fletcher M. Doan,
Judge.

A. R. English, for Appellants.

Ben Goodrich, for Appellee.

January 11, 1905. Affirmed on short transcript.

---

[Criminal No. 202.]

In the Matter of the Application of the NEW YORK
FOUNDLING HOSPITAL, a Corporation, for a Writ
of Habeas Corpus.

NEW YORK FOUNDLING HOSPITAL, Petitioner, v. ED-
WARD GIBSON, in the custody of James E. Hargis.

[Criminal No. 203.]

SAME v. AMBROSE LAMB, in the custody of James Ed-
gerton.

[Criminal No. 204.]

SAME v. MARIE MACK, in the custody of John C. Tyler.

[Criminal No. 205.]

SAME v. RAYMOND SPENCER, in the custody of Mrs.
Rose Hill.

[Criminal No. 206.]

SAME **v.** JOSEPH RYAN, in the custody of C. C. Reed.

[Criminal No. 207.]

SAME v. CATHARINE FITZPATRICK, in the custody of Harry Wright.

[Criminal No. 208.]

SAME **v.** SADIE GREEN, in the custody of Mrs. Olive Freeman.

[Criminal No. 210.]

SAME v. EDWARD CUMMISKY, in the custody of J. T. Kelly.

[Criminal No. 211.]

SAME v. GEORGE WEBER, in the custody of George W. High.

[Criminal No. 212.]

SAME v. PEARL KENDRICKS, in the custody of W. H. Cooper.

[Criminal No. 213.]

SAME **v.** HANNAH KANE, in the custody of John Doe.

[Criminal No. 214.]

SAME **v.** ANNA LOUISE DOHERTY, in the custody of Thomas Simpson.

[Criminal No. 215.]

SAME v. JEROME SHANLEY, in the custody of C. F. Pascoe.

[Criminal No. 216.]

SAME v. GABRIELLA WELSH, in the custody of Hugh Quinn.

IX Ariz.—23

[Criminal No. 217.]

## SAME v. VIOLET LANOVICK, in the custody of Rebecca H. Tong.

[Criminal No. 218.]

## SAME v. ELIZABETH KANE, in the custody of Sam Abraham.

Eugene S. Ives, and Thomas D. Bennett, for Applicant.

January 21, 1905. Writ dismissed. For the reasons set forth in the opinion filed in the case of the *New York Foundling Hospital* v. *John Gatti*, No. 209, *ante*, p. 105, the writs of *habeas corpus* issued in these cases are dismissed as per stipulation on file in said cause.

---

[Civil No. 876.]

## THE ANGLO-CALIFORNIAN BANK, LIMITED, Appellant, v. GEORGE B. MARSH, Appellee.

APPEAL from the District Court of the First Judicial District in and for the County of Santa Cruz. George R. Davis, Judge.

George K. French, for Appellant.

No appearance for Appellee.

January 27, 1905. Dismissed for want of prosecution.

---

[Criminal No. 190.]

## JESUS GOMEZ, Appellant, v. TERRITORY OF ARIZONA, Respondent.

APPEAL from the District Court of the First Judicial District in and for the County of Cochise. F. M. Doan, Judge.